IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR417 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LARCE NELSON, | ) | |
| Defendant. | ) | |

Before the court is the parties' oral Motion to Extend Self Surrender Date. After consultation with counsel and for good cause shown, the court grants an extension of time to self-surrender. The defendant has **until on or before October 5, 2011,** in which to self-surrender to the Bureau of Prisons.

SO ORDERED.

Dated this 9th day of September, 2011.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge